```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

UNITED STATES OF AMERICA      )
                              )
            v.                )    NO.  3:12-mj-4069
                              )
MARIA M. ANACLETO-ESTRADA     )

## **O R D E R**

Defendant Anacleto-Estrada filed her "Emergency Motion To Preserve Certain Testimony And Physical Evidence For Trial" (Docket Entry No. 10). By this motion, defendant seeks an order requiring the Government to preserve certain testimony and physical evidence for trial.

Since the filing of defendant's motion, it appears that the Government has sought and obtained material witness warrants for 18 individuals believed to be the subject of defendant's motion (Docket Entry No. 3:12-mj-4073).

From the foregoing, the undersigned Magistrate Judge finds that defendant's need for the testimony of these material witnesses, as well as their identities, has been addressed. The Court further finds that defendant's request for the physical evidence (dashboard camera video and recordings of 9-1-1 calls) should be governed by the discovery provisions of the Federal Rules of Criminal Procedure. Accordingly, defendant's motion is DENIED as moot.

It is so **ORDERED**.

    s/ John S. Bryant
    JOHN S. BRYANT
    United States Magistrate Judge